AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| Gregory Graham | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:21-cv-5484 |
| Zekelman Industries, Inc., | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The Court approves the Class Action Settlement and dismisses this action with prejudice. The parties are to bear their respective attorneys' fees and costs except as provided in the Settlement Agreement and Joint Motion for Final Approval. The Court retains jurisdiction over this this Action for the purpose of enforcing the Settlement Agreement.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Kimberly A. Jolson on a Motion for Final Approval of Class Action Settlemt

Date: 02/07/2023

CLERK OF COURT

*[signature]*

Signature of Clerk or Deputy Clerk